PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
Nov 19, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Searches of:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-410-9548<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-410-9548 | [PROPOSED] ORDER DELAYING NOTICE<br><br>CASE NO. 2:21-SW-0747 DB<br><br>CASE NO. 2:21-SW-0804 KJN<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics trafficking activities of the parties named in the above-captions applications and orders, signed respectively on September 21, 2021 and October 19, 2021, which authorized agents of FBI to ascertain the physical location of the Verizon Wireless cellular telephone currently assigned: 707-410-9548 ("TARGET CELL PHONE"), including but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the TARGET CELL PHONE (the "Requested Information"), for a period of 30 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

be required to serve the notice shall be postponed for 90 days from the date of this Order.

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated:   November 19, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE